**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INITIATIVE AND REFERENDUM INSTITUTE, et al._____Plaintiffs,_____v._____UNITED STATES POSTAL SERVICE,_____Defendant. | )))))))))))) Civ. No. 1:00CV01246 (RWR) |

**PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Initiative and Referendum Institute, et al., by and through undersigned counsel, hereby renew their motion for summary judgment. For the reasons stated in their supporting Memorandum of Points and Authorities, which is included with this Renewed Motion, Plaintiffs respectfully request that this Court (1) declare facially invalid that portion of 39 C.F.R. § 232.1(h)(1) which prohibits the solicitation of signatures on petitions, polls or surveys; and (2) permanently enjoin its further enforcement. A proposed Order And Judgment is attached to this Motion.

Respectfully submitted,

<u>Christopher J. Carney (electronically filed)</u>
John R. Ferguson (D.C. Bar 160309)
David F. Klein (D.C. Bar 425068)
Christopher J. Carney (D.C. Bar 472294)
SWIDLER BERLIN LLP
3000 K Street, N.W. Suite 300
Washington, DC  20007-5116
Telephone: (202) 424-7500
Facsimile: (202) 424-7647

OF COUNSEL:

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION OF THE
NATIONAL CAPITAL AREA
1400 20th Street, N.W.
Washington, DC  20036
Telephone: (202) 457-0800
Facsimile: (202) 452-1868
Attorneys for Plaintiffs

Dated:  November 22, 2005